IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN J. MORYKWAS, JR., )<br>)<br>　Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL W. WYNNE, )<br>)<br>　Defendant. ) | CIVIL ACTION NO. 2:04cv872-CSC<br>(WO) |

FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and that this case be and is hereby DISMISSED with prejudice. It is further ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff for which execution may issue.

Done this 4th day of January, 2007.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE